# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kevin Jefferson,                                              Civ. No. 15-3308 (PJS/BRT)

            Petitioner,

v.

                                               **ORDER**

Warden B.R. Jett, ETA U.S.A,
Federal Bureau of Prisons, and
Does 1–100,

            Respondents.

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated July 1, 2016. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that Kevin Jefferson's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: August 8, 2016

                                                       *s/Patrick J. Schiltz*
                                                       PATRICK J. SCHILTZ
                                                       United States District Judge